STATE v. RAINEY

No. 227P97

Case below: 125 N.C.App. 213

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 23 July 1997.

STATE v. ROBINSON

No. 243P97

Case below: 126 N.C.App. 228

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

STATE v. ROPER

No. 284P97

Case below: 126 N.C.App. 228

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

STATE v. STURDIVANT

No. 311P97

Case below: 126 N.C.App. 439

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.

STATE v. WILLIAMSON

No. 312P97

Case below: 126 N.C.App. 439

Petition by defendant for writ of supersedeas and motion for temporary stay denied 7 July 1997.